AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

United States of America
v.
JOSHUA GLEN TAYLOR

*Defendant*

Case: 1:26-cr-00094
Assigned To : Boasberg, James E.
Assign. Date : 4/23/2026
Description: INDICTMENT (B)
[redacted]

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* JOSHUA GLEN TAYLOR, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 (Conspiracy to Distribute and Possess with the Intent to Distribute 500 Grams or More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine, 50 Grams or More of Methamphetamine (Actual), and a Mixture and Substance Containing a Detectable Amount of Gamma-Butyrolactone (GBL))

Date: 04/23/2026

*Issuing officer's signature*

City and state: WASHINGTON, D.C.

Matthew J. Sharbaugh U.S. MAGISTRATE JUDGE
*Printed name and title*

**Return**

This warrant was received on *(date)* ________, and the person was arrested on *(date)* 04-29-2026
at *(city and state)* WASHINGTON, DC.

Date: 04-30-2026

*Arresting officer's signature*

Daniel VEGA, TFO
*Printed name and title*