**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 26-cr-94 (JEB)** |
| | : | |
| **ARTEMIO JACOBO-MAGANA, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

**GOVERNMENT'S MOTION TO UNSEAL**
**AND PUBLISH SUPERSEDING INDICTMENT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby moves the Court to unseal and publish the superseding indictment to the Court's public docket and to unseal the docket as to the following additional defendants in the above-captioned case: Joseph Micha Macias, Jason Andrew Frasher, Rassoul Amall Martin-Wilson, also known as "Duce" and "Deuce," and Peter Allan Rothberg. Each of the four defendants were taken into custody today, October 27, 2026, and Mr. Martin-Wilson was presented for an initial appearance and subsequently ordered detained after a contested detention hearing in the Eastern District of Pennsylvania. It is anticipated that Messrs. Macias, Frasher, and Rothberg will make their initial appearance in the District of Columbia tomorrow, October 28, 2026.

Respectfully Submitted,

JEANINE FERRIS PIRRO
United States Attorney

*/s/ Matthew W. Kinskey*
MATTHEW W. KINSKEY
GEORGE P. ELIOPOULOS
SOLOMON S. EPPEL
Assistant United States Attorneys
Violent Crime & Narcotics Trafficking Section
D.C. Bar No. 1031975 (Kinskey)
D.C. Bar No. 390601 (Eliopoulos)
D.C. Bar No. 1046323 (Eppel)